UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 85 CR 718 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Magistrate Judge Mason |
| TONYA WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS RULE TO SHOW CAUSE AND QUASH WARRANT

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the

Northern District of Illinois, moves the Court to dismiss the pending Rule To Show Cause and quash

the bench warrant in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _Linda M Wawzenski for_
PIERRE C. TALBERT
Assistant United States Attorney
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-4088
pierre.talbert@usdoj.gov