UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 85 CR 718 |
| v. | ) | |
| | ) | |
| | ) | Judge Mason |
| TONYA WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:    Via Certified Mail
       Tonya Woods, IDOC #N37233
       Dwight Correctional Center
       P.O. Box 5001
       Dwight, IL 60420-5001

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:00 a.m., I will appear

before Judge Mason in the courtroom usually occupied by him in the Everett McKinley Dirksen

Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be

sitting in his place and stead, and then and there present the attached Motion to Dismiss Rule to

Show Cause and Quash Warrant, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____ for
    PIERRE C. TALBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    pierre.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

PIERRE C. TALBERT hereby certifies that on July 16, 2008, he caused a copy of:

**MOTION TO DISMISS RULE TO SHOW CAUSE AND QUASH WARRANT**

to be placed in a postage-paid Certified Mail envelope addressed to the following named

individual and deposited in the United States mail in the United States Courthouse, Chicago,

Illinois.

> Tonya Woods, IDOC #N37233
> Dwight Correctional Center
> P.O. Box 5001
> Dwight, IL 60420-5001
> Via Certified Mail-Return Receipt

Pierre C. Talbert
Assistant United States Attorney